2:22-cv-01885-MMD-EJY

# EXHIBIT 1

# EXHIBIT 1

Electronically Filed
11/19/2019 1:20 PM
Steven D. Grierson
CLERK OF THE COURT

**ORDR**

# DISTRICT COURT
# CLARK COUNTY, NEVADA

| In the Matter of the Application of: <br><br> Clayton Mahola Bernard, <br> For Change of Name. | Case No.: <br> D-19-596866-N <br> Department: B |
|---|---|

## ORDER FOR CHANGE OF NAME

UPON REVIEW of the verified Petition for Change of Name submitted by Clayton Mahola Bernard, the same having come before the above-entitled Court;

IT IS HEREBY ORDERED that the name of the Petitioner, who has resided in Clark County, Nevada since November 3, 2018 and intends to live in Clark County, Nevada indefinitely, be legally changed from:

(old) __Clayton__     __Mahola__     __Bernard__

(first)          (middle)          (last)

///

///

///

///

///

Non-Trial Dispositions:
☐ Other
☐ Dismissed - Want of Prosecution
☐ Involuntary (Statutory) Dismissal
☐ Default Judgment
☐ Transferred
Settled/Withdrawn:
☒ Without Judicial Conf/Hrg
☐ With Judicial Conf/Hrg
☐ By ADR

Trial Dispositions:
☐ Disposed After Trial Start     ☐ Judgment Reached by Trial

To (new) <u>Mr.</u>  <u>Clayton-M.</u>  <u>Bernard-Ex.</u>

      (first)        (middle)        (last)

Dated this <u>19th</u> day of <u>November</u>, 20<u>19</u>.

_____
DISTRICT COURT JUDGE

**LINDA MARQUIS**

Electronically Filed
11/19/2019 1:20 PM
Steven D. Grierson
CLERK OF THE COURT

ORDR

# DISTRICT COURT
# CLARK COUNTY, NEVADA

In the Matter of the Application of:

Clayton Mahola Bernard,

For Change of Name.

Case No.:

D-19-596866-N

Department: B

## ORDER FOR CHANGE OF NAME

UPON REVIEW of the verified Petition for Change of Name submitted by Clayton Mahola Bernard, the same having come before the above-entitled Court;

IT IS HEREBY ORDERED that the name of the Petitioner, who has resided in Clark County, Nevada since November 3, 2018 and intends to live in Clark County, Nevada indefinitely, be legally changed from:

(old) __Clayton__     __Mahola__     __Bernard__

    (first)    (middle)    (last)

///

///

///

///

///

Non-Trial Dispositions:
- ☐ Other
- ☐ Dismissed - Want of Prosecution
- ☐ Involuntary (Statutory) Dismissal
- ☐ Default Judgment
- ☐ Transferred

Settled/Withdrawn:
- ☒ Without Judicial Conf/Hrg
- ☐ With Judicial Conf/Hrg
- ☐ By ADR

Trial Dispositions:
- ☐ Disposed After Trial Start
- ☐ Judgment Reached by Trial

Case Number: D-19-596866-N

To (new) <u>Mr.</u>        <u>Clayton-M.</u>        <u>Bernard-Ex.</u>

          (first)          (middle)         (last)

Dated this <u>19th</u> day of <u>November</u>, 20<u>19</u>.

_____
DISTRICT COURT JUDGE

LINDA MARQUIS

CERTIFIED COPY
DOCUMENT ATTACHED IS A
TRUE AND CORRECT COPY
OF THE ORIGINAL ON FILE

_____
CLERK OF THE COURT

DEC - 6 2019