UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| CLAYTON-M. BERNARD-EX,<br><br>Plaintiff,<br>v.<br>BOARD OF COUNTY COMMISSIONERS,<br><br>Defendant. | Case No. 2:22-cv-01885-MMD-EJY<br><br>ORDER |

*Pro se* Plaintiff Clayton-M. Bernard-Ex brings this action against Defendant Board of County Commissioners under 42 U.S.C. § 1983. (ECF Nos. 1-2, 1-3.) Before the Court is the Report and Recommendation ("R&R") of United States Magistrate Judge Elayna J. Youchah (ECF No. 3), recommending that the Court dismiss Plaintiff's initiating documents without prejudice with leave to amend and allow Plaintiff to file a complaint. Plaintiff's objection to the R&R was due November 23, 2022. To date, Plaintiff has not objected to the R&R. For this reason, and as explained below, the Court adopts the R&R in full.

Because there was no objection, the Court need not conduct de novo review, and is satisfied that Judge Youchah did not clearly err. *See United States v. Reyna-Tapia*, 328 F.3d 1114, 1116 (9th Cir. 2003) ("De novo review of the magistrate judges' findings and recommendations is required if, but *only* if, one or both parties file objections to the findings and recommendations.") (emphasis in original). Judge Youchah correctly found that Plaintiff failed to file a complaint and the initiating documents he submitted do not state any claim for relief. *See* Fed. R. Civ. P. 8; *Ashcroft v. Iqbal*, 556 U.S. 662, 678 (2009). Accordingly, the Court adopts Judge Youchah's R&R in full and dismisses Plaintiff's initiating documents without prejudice and with leave to amend.

It is therefore ordered that Judge Youchah's Report and Recommendation (ECF No. 3) is accepted and adopted in full.

It is further ordered that Plaintiff's initiating documents (ECF Nos. 1-2, 1-3) are dismissed without prejudice with leave to amend.

The Clerk of Court is directed to send Plaintiff the approved form for filing a § 1983 complaint and instructions for the same.

It is further ordered that Plaintiff must file a complaint by December 15, 2022. If Plaintiff fails to file a complaint by December 15, 2022, the Court will dismiss this action without prejudice.

DATED THIS 30th Day of November 2022.

MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE